# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Betz, Michael Joseph<br>          <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-18497 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4012

                                              Respectfully submitted,

                                              **/s/Brian C. Nicholas, Esquire**
                                              Brian C. Nicholas, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406