IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | DOCKET NO.: 16-18497-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | RELATED TO DOCKET NO.: 37 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Second Amended Chapter 13 Plan, on the parties at the below addresses, on May 16, 2017, by:

**16-18497-ELF Notice will be electronically mailed to:**

Anthony A. Frigo at anthonyfrigo@msn.com

Mario J. Hanyon at paeb@fedphe.com

William C. Miller at ecfmails@ph13trustee.com, philaecf@gmail.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

**16-18497-ELF Notice will not be electronically mailed to:**

Deutsche Bank National Trust Company
Suite 300
14841 Dallas Parkway
Dallas, TX  75254

Specialized Loan Servicing, LLC
Suite 300
8742 Lucent Boulevard
Highlands Ranch, CO  80129

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700

EXECUTED ON:  May 18, 2017

                                                  Respectfully submitted by,

                          By:    /s/ Joseph J. Swartz
                                Counsel
                                PA Department of Revenue
                                Office of Chief Counsel
                                P.O. Box 281061
                                Harrisburg, PA 17128-1061
                                PA Attorney I.D.:  309233
                                Phone: (717) 346-4645
                                Facsimile: (717) 772-1459
                                JoseSwartz@pa.gov