IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | DOCKET NO.: 16-18497-ELF |
| <u>          DEBTOR          </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTIONS |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | RELATED TO DOCKET NO.: <u>24</u> & <u>37</u> |
| RESPONDENT | : | |

<u>WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN</u>

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objections to Debtor's Chapter 13 Plans, which were filed on March 6, 2017, and May 16, 2017, as the Debtor has cured all issues with the filing of his Third Amended Plan, Docketed at Number 46.

Date:  July 17, 2017                                                    Respectfully submitted by,


By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      Email: JoseSwartz@pa.gov