IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | DOCKET NO.: 16-18497-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | WITHDRAWAL OF OBJECTIONS |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | RELATED TO DOCKET NO.: <u>49</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on July 17, 2017, by:

**16-18497-ELF Notice will be electronically mailed to:**

Jerome B. Blank at paeb@fedphe.com

Anthony A. Frigo at anthonyfrigo@msn.com

Mario J. Hanyon at paeb@fedphe.com

William C. Miller at ecfmails@ph13trustee.com, philaecf@gmail.com

Brian Braig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**16-18497-ELF Notice will not be electronically mailed to:**

Deutsche Bank National Trust Company
Suite 300
14841 Dallas Parkway
Dallas, TX  75254

Specialized Loan Servicing, LLC
Suite 300
8742 Lucent Boulevard
Highlands Ranch, CO  80129

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700


EXECUTED ON:  July 18, 2017

                                                        Respectfully submitted by,

By:   /s/ Joseph J. Swartz
        Counsel
        PA Department of Revenue
        Office of Chief Counsel
        P.O. Box 281061
        Harrisburg, PA 17128-1061
        PA Attorney I.D.:  309233
        Phone: (717) 346-4645
        Facsimile: (717) 772-1459
        JoseSwartz@pa.gov