## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Michael Joseph Betz | : | |
| Debtor(s) | : | Bankruptcy No. 16-18497 |

### ORDER

**AND NOW,** upon Motion of the Debtor(s) to avoid a judicial lien held by CitiBank, N.A. in personal property and/or real property of the Debtor(s) located at 306 Wood Street, Bristol, PA 19007 and 1527 Ferndale Ave., Abington, PA 19001.

And, the Debtor(s) having asserted that the alleged lien arising from the judgment entered at The Court of Common Pleas, Bucks County Pennsylvania, Docket No. 2012-00795 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor(s) having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor(s) and/or

    (b) the personal property of the Debtor(s)

listed and claimed as exempt in Schedule C of the Debtor(s)' bankruptcy schedules is **AVOIDED**.

Date: 7/26/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**