United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-18497-elf
Michael Joseph Betz                                                     Chapter 13
Michael Joseph Betz
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Jul 27, 2017
                              Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db              Michael Joseph Betz,    MAILING ADDRESS,    1213 Susan Drive,    Warrington, PA   18976
db             +Michael Joseph Betz,    306 Wood Street,    Bristol, PA 19007-4917
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13834119       +Aspire Cardholder Services,    Po Box 105555,    Atlanta, GA 30348-5555
13834120      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13834121       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13834122       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13834123       +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
13834124       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
13834125      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services,    Attn: Bankruptcy,    Po Box 81577,
                 Austin, TX 78708)
13841692       +DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
13901049       +Deutsche Bank National Trust Company,    for GSAMP Trust 2006-FM1 Mortgage,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13848775        Deutsche Bank National Trust Company,    c/o Wells Fargo Bank, N.A.,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN, 55121-7700
13863150        NCEP, LLC,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13873215       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13853476       +The Bank Of New York Mellon As Trustee et al,    c/o MARIO J. HANYON,
                 Phelan Hallinan & Schmieg,    1617 John F. Kennedy Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
13915888        The Bank of New York Mellon, et al,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13914729       +The Law Offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,    Wayne,PA 19087-3317
13834127       +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jul 28 2017 01:50:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2017 01:49:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13834118       +E-mail/Text: seinhorn@ars-llc.biz Jul 28 2017 01:50:18      Ability Recovery Service,
                 1 Montage Mountain Rd Ste A,    Moosic, PA 18507-1777
13916009        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2017 02:06:43
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13870488        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2017 01:49:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13834126       +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 01:45:45      SYNCB/Texaco,    Attn: Bankruptcy,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                               TOTAL: 6
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2            User: John                  Page 2 of 2                   Date Rcvd: Jul 27, 2017
                                Form ID: pdf900             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Michael Joseph Betz anthonyfrigo@msn.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al.
               paeb@fedphe.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA  VELTER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al.
               paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        Chapter 13
   Michael Joseph Betz                :
       Debtor(s)                        :        Bankruptcy No. 16-18497

## ORDER

**AND NOW,** upon Motion of the Debtor(s) to avoid a judicial lien held by CitiBank, N.A. in personal property and/or real property of the Debtor(s) located at 306 Wood Street, Bristol, PA 19007 and 1527 Ferndale Ave., Abington, PA 19001.

And, the Debtor(s) having asserted that the alleged lien arising from the judgment entered at The Court of Common Pleas, Bucks County Pennsylvania, Docket No. 2012-00795 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor(s) having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor(s) and/or

    (b) the personal property of the Debtor(s)

listed and claimed as exempt in Schedule C of the Debtor(s)' bankruptcy schedules is **AVOIDED**.

Date: 7/26/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**