IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | DOCKET NO.: 16-18497-ELF |
| <u>          DEBTOR          </u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | MOTION TO SELL |
| DEPARTMENT OF REVENUE, | : | FREE AND CLEAR |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH BETZ, | : | |
| | : | RELATED TO DOCKET NO.: <u>69</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S CERTIFICATE OF NO OBJECTION TO DEBTOR'S MOTION
TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

    I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned

pleading Certificate of No Objection to Debtor's Motion to Sell Real Estate Free and Clear of Liens,

on the parties at the below addresses, on September 21, 2017, by:

**16-18497-ELF Notice will be electronically mailed to:**

Jerome B. Blank at paeb@fedphe.com

Anthony A. Frigo at anthonyfrigo@msn.com

Mario J. Hanyon at paeb@fedphe.com

William C. Miller at ecfmails@ph13trustee.com, philaecf@gmail.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**16-18497-ELF Notice will not be electronically mailed to:**

Deutsche Bank National Trust Company
Suite 300
14841 Dallas Parkway
Dallas, TX  75254

Specialized Loan Servicing, LLC
Suite 300
14841 Dallas Parkway
Dallas, TX  75254

Specialized Loan Servicing, LLC
Suite 300
8742 Lucent Boulevard
Highlands Ranch, CO  80129

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN  55121-7700


EXECUTED ON:  September 25, 2017

                                              Respectfully submitted by,


                          By:    /s/ Joseph J. Swartz
                                 Counsel
                                 PA Department of Revenue
                                 Office of Chief Counsel
                                 P.O. Box 281061
                                 Harrisburg, PA 17128-1061
                                 PA Attorney I.D.:  309233
                                 Phone: (717) 346-4645
                                 Facsimile: (717) 772-1459
                                 JoseSwartz@pa.gov