# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Michael Joseph Betz | : | Chapter 13 |
| Debtor(s) | : | No.    16-18947 |
| William C. Miller, Trustee, | : | |

# ORDER

AND NOW, this **11th day of October, 2017**, upon consideration of the within Motion to Approve the Sale of Real Property Free and Clear of Liens and Encumbrances, and all responses and objections thereto, and after a hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 11 U.S.C. § 363(b).

2. The Debtor is **AUTHORIZED** to sell the real property located at 306 Wood Street, Bristol, PA 19007 in accordance with the agreement of sale attached to the Motion.

3. With the consent of the lienholders, the real estate broker(s) may be compensated as described in the Motion.

4. The fourteen day period under Rule 4001 is hereby **WAIVED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**