United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-18497-elf
Michael Joseph Betz                                             Chapter 13
Michael Joseph Betz
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db              Michael Joseph Betz,    MAILING ADDRESS,    1213 Susan Drive,    Warrington, PA  18976
db             +Michael Joseph Betz,    306 Wood Street,    Bristol, PA 19007-4917
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr              Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
13834120       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13841692       +DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
                 P.O. Box 165028,    Columbus, OH 43216-5028
13901049       +Deutsche Bank National Trust Company,    for GSAMP Trust 2006-FM1 Mortgage,
                 c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13848775        Deutsche Bank National Trust Company,    c/o Wells Fargo Bank, N.A.,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN, 55121-7700
13863150        NCEP, LLC,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13873215       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13853476       +The Bank Of New York Mellon As Trustee et al,    c/o MARIO J. HANYON,
                 Phelan Hallinan & Schmieg,    1617 John F. Kennedy Blvd. Suite 1400,
                 Philadelphia, PA 19103-1814
13915888        The Bank of New York Mellon, et al,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13834127       +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 12 2017 01:51:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:51:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2017 01:51:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13916009        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 12 2017 01:58:02
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
              ANTHONY A. FRIGO    on behalf of Debtor Michael Joseph Betz anthonyfrigo@msn.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Oct 11, 2017
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com

        JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

        KARINA  VELTER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY amps@manleydeas.com

        MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com

        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE:  Michael Joseph Betz | : | Chapter 13 |
| Debtor(s) | : | No.    16-18947 |
| William C. Miller, Trustee, | : |  |

# ORDER

AND NOW, this **11th day of October, 2017**, upon consideration of the within Motion to Approve the Sale of Real Property Free and Clear of Liens and Encumbrances, and all responses and objections thereto, and after a hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** pursuant to 11 U.S.C. § 363(b).

2. The Debtor is **AUTHORIZED** to sell the real property located at 306 Wood Street, Bristol, PA 19007 in accordance with the agreement of sale attached to the Motion.

3. With the consent of the lienholders, the real estate broker(s) may be compensated as described in the Motion.

4. The fourteen day period under Rule 4001 is hereby **WAIVED**.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**