# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Joseph Betz | Chapter 13 |
| Debtor (s) | NO. 16-18497 |

## ORDER

AND NOW, this 7th day of November, 2017, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

**ORDERED** that Debtor's counsel is **ALLOWED** compensation in the amount of **$4,000.00** and that $2,000.00 shall be disbursed to Debtor's by the Standing Chapter 13 Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**