## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL JOSEPH BETZ                                         BK. No. 16-18497-elf

       **Debtor**             :

                      :          **Chapter No. 13**

THE BANK OF NEW YORK MELLON F/K/A          :

THE BANK OF NEW YORK AS SUCCESSOR          :

TRUSTEE FOR JPMORGAN CHASE BANK,            :

N.A., AS TRUSTEE FOR THE BENEFIT OF          :

THE CERTIFICATEHOLDERS OF POPULAR          :          **11 U.S.C. §362 and §1301**

ABS, INC. MORTGAGE PASS-THROUGH          :

CERTIFICATES SERIES 2005-2          :

       **Movant**            :

       **v.**                :

MICHAEL JOSEPH BETZ                                         :

MONICA BETZ (Non-Filing Co-Debtor)

       **Respondents**

### ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY

    **AND NOW**, this 10th day of April , 2019, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-2** (Movant), it is:

    **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1527 Ferndale Avenue, Abington, PA 19001 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

    **Order entered by default.**

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**