United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Joseph Betz
Michael Joseph Betz
    Debtors

Case No. 16-18497-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 10, 2019
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db           Michael Joseph Betz,    MAILING ADDRESS,    1213 Susan Drive,    Warrington, PA 18976
db        +Michael Joseph Betz,    306 Wood Street,    Bristol, PA 19007-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
        ANTHONY A. FRIGO    on behalf of Debtor Michael Joseph Betz anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com
        JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
        KARINA VELTER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY amps@manleydeas.com
        MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL JOSEPH BETZ | BK. No. 16-18497-elf |
| **Debtor** : | |
| : | Chapter No. 13 |
| THE BANK OF NEW YORK MELLON F/K/A : | |
| THE BANK OF NEW YORK AS SUCCESSOR : | |
| TRUSTEE FOR JPMORGAN CHASE BANK, : | |
| N.A., AS TRUSTEE FOR THE BENEFIT OF : | |
| THE CERTIFICATEHOLDERS OF POPULAR : | 11 U.S.C. §362 and §1301 |
| ABS, INC. MORTGAGE PASS-THROUGH : | |
| CERTIFICATES SERIES 2005-2 : | |
| **Movant** : | |
| v. : | |
| MICHAEL JOSEPH BETZ : | |
| MONICA BETZ (Non-Filing Co-Debtor) | |
| **Respondents** | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

   **AND NOW**, this 10th day of April, 2019, at **PHILADELPHIA**, upon Motion of **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPULAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-2** (Movant), it is:

   **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic Stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 1527 Ferndale Avenue, Abington, PA 19001 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

   **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

   **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**