United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Joseph Betz
Michael Joseph Betz
    Debtors

Case No. 16-18497-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Aug 08, 2019
                      Form ID: 195    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db           Michael Joseph Betz,    MAILING ADDRESS,    1213 Susan Drive,    Warrington, PA  18976
db          +Michael Joseph Betz,    306 Wood Street,    Bristol, PA 19007-4917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
         ANTHONY A. FRIGO    on behalf of Debtor Michael Joseph Betz anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com
         JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
         KARINA VELTER    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY amps@manleydeas.com
         MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
         MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon As Trustee, et. al. paeb@fedphe.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for GSAMP Trust 2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1 bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                           TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Michael Joseph Betz  : Case No. 16−18497−elf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , August 8, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

      By The Court

      Eric L. Frank
      Judge , United States Bankruptcy Court